UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 13-41472-659 |
| KRETIA L MCMILLAN | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | |

## TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO RETAIN TAX REFUND

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to Debtor's Motion to Retain Tax Refund states as follows:

1. The Trustee objects to the motion on the following grounds:
   The Court has indicated that, with the plan form that allows Debtor to retain $1,250 of each year's tax refunds, it does not wish to entertain motions to retain additional amounts.

Dated: January 13, 2017

OBJMTNTAX--DSD

/s/ Diana S. Daugherty
Diana S. Daugherty MO36347
Attorney for Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion and notice was served upon the following either through the Court's ECF system or by regular mail this day of January 13, 2017.

/s/ Diana S. Daugherty

KRETIA L MCMILLAN
7375 CARLETON
SAINT LOUIS, MO 63130

ROSS H BRIGGS ATTY
4144 LINDELL BLVD
STE 202
ST LOUIS, MO 63108