## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| Jeffrey L. Leckrone, Debtor | ) | Case No. 16-44399 |
| | ) | |
| | ) | Chapter 13 |
| ———————————— | ) | |
| | ) | |
| Maria Moehle, | ) | The Roach Law Firm |
| | ) | Susan K. Roach |
| Creditor | ) | W. Edwin Roussin |
| | ) | Gordon K. Rea |
| vs. | ) | Attorneys for Plaintiff |
| | ) | 8000 Maryland Avenue, Suite 760 |
| Jeffrey Leckrone, | ) | Clayton, MO 63105 |
| | ) | (314) 434-7272 |
| Debtor | ) | Sroach@susanroachlaw.com |
| | ) | |

### CREDITOR MARIA MOEHLE'S MOTION TO DISMISS

COMES NOW, the Plaintiff, Maria Moehle, by and through her attorneys, The Roach Law Firm by W. Edwin Roussin and Gordon K. Rea, and requests this Court dismiss Debtor's petition for a Chapter 13 bankruptcy. In support of this motion, the undersigned states, as follows:

1. This is Debtor's second Chapter 13 petition, this effort having been reinstated on or about September 23, 2016 (36).

2. Creditor Maria Moehle filed her objections to confirmation of this plan on December 15, 2016 (53).

3. An Order granting Creditor Maria Moehle's 2004 Examination of Debtor issued on December 9, 2016 (48). That hearing was continued to a date to be arranged by consent of the parties due to the ice storm of Friday, January 13, 2017.

4. The Debtor, failed or refused to comply with the demands for information by the

Trustee.

5. The Trustee filed Objections to Confirmation on January 6, 2017 (55).

6. The undersigned Creditor seeks finality in this matter for the reasons stated in her Objections to Confirmation (53).

7. But for the Debtor's frivolous filing of his petition herein, and the Debtor's repeated failure or refusal to meet the Trustee's requirements, Creditor Maria Moehle would not have incurred substantial attorney's fees and costs herein.

WHEREFORE, Creditor Maria Moehle, by the undersigned counsel, requests this Court Dismiss the Debtor's petition with prejudice, award Creditor Maria Moehle her reasonable attorney's fees, and for such other relief as may seem fitting to this Court in these circumstances.

Respectfully submitted,

THE ROACH LAW FIRM

SUSAN K. ROACH, #30081
W. EDWIN ROUSSIN, #24258
GORDON K. REA             #60466MO
Attorney for Respondent
8000 Maryland Ave., Suite 760
Clayton, MO 63105
(314) 434-7272; fax: (314)863-6653

## CERTIFICATE OF SERVICE

On this _18th_ day of _JANUARY_ in the year _2017_ the undersigned e-filed a true and accurate copy of the foregoing pursuant to Federal and Local Rule, and also served a copy upon the individuals below by the means indicated below.

**TO:**

***Trustee***
John V. LaBarge, Jr., Esq.
Chapter 13 Trustee
P.O. 430908
St. Louis, MO 63143
(314) 781-8100
Email: standing_trustee@ch13stl.com

***For Debtor Jeffrey L. Leckrone***
Frank R. Ledbetter, Esq
Ledbetter Law Firm
141 N. Meramec Avenue, Suite 24
St. Louis, Missouri 63105
(314)535-7780; F: (314)533-7078
Email: stlatty@gmail.com

**BY:**

    Hand delivery.
    Facsimile Transmission.
    U.S. Mail, First-Class Postage Prepaid
X    Email
X    E-Filing/PACER System


GORDON K. REA                    #60466MO