UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re Lisa Wilson )
) Case No. 12-40828-399
) Chapter 13
)
Debtor. ) Response Due: ~~3/8/17~~ 3/22/17

To: INTERNAL REVENUE SERV
PO BOX 7346
INSOLVENCY UNIT
PHILADELPHIA, PA 19101-7346

**DEBTOR(S) OBJECTION TO CLAIM 2-2 OF IRS**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Debtor objects to the priority portion of your Claim No. 2-2 for the reason that a portion of this debt has been paid through offset or intercept in the amount of $1948.15. Accordingly, the priority portion of this claim should be allowed in the amount of $762.88.

*/s/Ross Briggs #2709 #31633*
Ross Briggs
Attorney At Law
4144 Lindell Ste 202
St Louis MO 63108
314-852-8293 Fax: 314-652-8202
r-briggs@sbcglobal.net

(L.F. 11 Rev. 05/03)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically this 1st day of March, 2017 to Chapter 13 Trustee John V. LaBarge, Jr. and:

INTERNAL REVENUE SERV
PO BOX 7346
INSOLVENCY UNIT
PHILADELPHIA, PA 19101-7346

/s/ Ross Briggs

(L.F. 11 Rev. 05/03)